

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00719-CV

**IN RE** Muriel **GILFORD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed: November 23, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On November 1, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-PA-02672, styled *In the Interest of M.I.G., a Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.